UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF ARIZONA

| | |
|---|---|
| MELISSA ROBERTS,<br><br>   Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, INC. EXPERIAN INFORMATION SOLUTIONS, LLC AND TRANSUNION, LLC<br><br>   Defendants. | Case No.: 3:16-cv-08187-SPL<br><br>NOTICE OF VOLUNTARY DISMISSAL |

  COMES NOW Plaintiff MELISSA ROBERTS, by and through her attorney of record, Brendan J. Gallagher, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action WITH RESPECT TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY, with prejudice, both parties to bear own costs.

Date:  October 7, 2016             By: /s/Brendan J. Gallagher
                             Attorney for Plaintiff
                             Brendan J. Gallagher
                             Gallagher Law Group
                             668 N. 44th Street, #300
                             Phoenix, AZ 85006
`                            (T) (480) 648-5657
                             (E) bgallagher@gmail.com