IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Roberts,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　　Defendants. | No. CV-16-08187-PHX-SPL<br><br>**ORDER** |

　　　Having considered the parties' stipulation,

　　　**IT IS ORDERED:**

　　　1. That the Stipulation for Dismissal (Doc. 24) is **granted**;

　　　2. That *Defendant Trans Union, LLC* is **dismissed with prejudice**;

　　　3. That each party shall bear its own costs and attorneys' fees; and

　　　4. That the Clerk of Court shall **terminate** Defendant Trans Union, LLC as a party in this action.

　　　Dated this 8th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge