IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Roberts,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　　Defendants. | No.  CV-16-08187-PCT-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's January 9, 2017 Order (Doc. 31),

**IT IS ORDERED** that Defendant Experian Information Services, LLC is **dismissed with prejudice**

**IT IS FURTHER ORDERED** that Defendant Experian Information Services, LLC being the only remaining defendant in this case, the Clerk of Court shall **terminate** this action.

Dated this 15th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven P. Logan*
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge